THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 William
 Chadwick Davis, Appellant.
 
 
 

Appeal From Union County
 Alexander S. Macaulay, Circuit Court
 Judge
Unpublished Opinion No. 2008-UP-120
Submitted February 1, 2008  Filed
 February 13, 2008    
APPEAL DISMISSED

 
 
 
 Appellate Defender Eleanor Duffy Cleary, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Kevin Scott Brackett, of York, for Respondent.
 
 
 

PER CURIAM:  William
 Chadwick Davis (Appellant) pled guilty to felony driving under the influence causing
 death.  He was sentenced to fifteen years in prison and ordered to pay a fine
 and applicable costs and assessments.  On appeal, counsel for Appellant has
 filed a final brief along with a petition to be relieved as counsel.  Appellant
 has not filed a pro se response.  After a thorough review of the
 record pursuant to Anders v. California, 386 U.S. 738 (1967) and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsels petition to be relieved.          
APPEAL DISMISSED.[1]
HUFF, KITTREDGE, and WILLIAMS, JJ., concur. 

[1]  This case is decided without oral argument pursuant
 to Rule 215, SCACR.